UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PAUL GOBERT, JR.                                              CIVIL ACTION

VERSUS                                                        No. 15-650

ATLANTIC SOUNDING ET AL.                                      SECTION I

JURY INTERROGATORIES

JONES ACT NEGLIGENCE CLAIM

1. Do you find by a preponderance of the evidence that defendant Weeks Marine was negligent under the Jones Act with respect to Gobert's April 23, 2014 accident **AND** that defendant Weeks Marine's negligence caused, in whole or in part, plaintiff Gobert's April 23, 2014 accident?

   _____ YES        _____✓_____ NO

   *If you answered "Yes," please proceed to question # 2. If you answered "No," please proceed to question # 3.*

2. With respect to the Jones Act negligence claim, do you find by a preponderance of the evidence that Gobert was contributorily negligent with respect to his April 23, 2014 accident **AND** that Gobert's contributory negligence was a cause, in whole or in part, of his April 23, 2014 accident?

   _____ YES        _____ NO

   *Proceed to question # 3.*

## UNSEAWORTHINESS CLAIM

3. Do you find from a preponderance of the evidence that the dredge G.D. MORGAN was unseaworthy with respect to Gobert's April 23, 2014 accident **AND** that the unseaworthy condition of the dredge G.D. MORGAN was a cause and a proximate cause of Gobert's April 23, 2014 accident?

_____ YES       \_\_\_\_✓_____ NO

*If you answered "Yes," please proceed to question # 4.*

*If you answered "No" to question #3 **and** "No" to question #1 then skip the remaining questions, have the foreperson sign and date this form, and hand it to the Marshal.*

*If you answered "No" to question # 3, but "Yes" to **both** question # 1 **and** question # 2, then proceed to question # 5.*

*If you answered "No" to question # 3 **and** "No" to question #2, then proceed to question # 6.*

T. L Hutto    2/15/14

4. With respect to the unseaworthiness claim, do you find by a preponderance of the evidence that Gobert was contributorily negligent with respect to his April 23, 2014 accident **AND** that Gobert's contributory negligence was a cause and a proximate cause of Gobert's April 23, 2014 accident?

_____ YES      _____ NO

*If you answered "Yes," please proceed to question # 5.*

*If you answered No" to question #4 **but** "Yes" to question # 2, then proceed to question # 5.*

*If you answered "No" to **both** question # 4 **and** question # 1, then proceed to question # 6.*

*If you answered "No" to **both** question # 4 **and** question # 2, then proceed to question # 6.*

3

## APPORTIONMENT OF FAULT

5. Indicate what percentage, if any, of Gobert's damages you find from a preponderance of the evidence to have been caused by

   a. The Jones Act negligence of the defendant, Weeks Marine, **and/or** the unseaworthiness of the dredge G.D. MORGAN

   _____%

   b. The negligence of Gobert

   _____%

   **THE TOTAL MUST EQUAL 100%**

   *Proceed to question # 6.*

## DAMAGES

6. What amount, if any, do you find will fairly and adequately compensate Gobert for the injuries he sustained as a result of the negligence of Weeks Marine and/or the unseaworthiness of the G.D. MORGAN? **Do not make any deductions for the plaintiff's negligence, if any. The court will make any calculations that are necessary.**

   a. Past and future pain and suffering, including physical disability, impairment, and inconvenience, and the effect of the plaintiff's injuries and inconvenience on the normal pursuits and pleasures of life

   $_____

   b. Past loss of income or benefits

   $_____

   c. Future loss of income or benefits

   $_____

   d. Past medical expenses.

   $_____

   e. Future medical expenses.

   $_____

*The foreperson should sign and date this form and hand it to the marshal.*

New Orleans, Louisiana, this __15__ day of February, 2017.

[signature redacted]

5