**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **PAUL GOBERT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **No. 15-650** |
| **ATLANTIC SOUNDING ET AL.** | **SECTION I** |

**FINAL JUDGMENT**

A jury verdict[1] was returned in this case. Pursuant to that verdict,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be final judgment in favor of defendant, Weeks Marine, Inc., and against plaintiff, Paul Gobert, on all claims.

**IT IS FURTHER ORDERED** that all of plaintiff's claims be **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the claims of the intervenors are **DISMISSED AS MOOT**.[2]

**IT IS FURTHER ORDERED** that each party shall bear their own costs.

New Orleans, Louisiana, February 15, 2017.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. No. 125.
[2] R. Doc. No. 120.